UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

                        Plaintiff,

            -against-

CITY OF NEW YORK, ET AL.,

                        Defendants.

24cv2176 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 1, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   May 1, 2024
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge